**COBB COUNTY SCHOOL DISTRICT**

*One Team, One Goal: Student Success*

514 Glover Street
Marietta, GA 30060
Telephone: (770) 426-3300
www.cobbk12.org

**EXHIBIT 1**

May 13, 2024

Ms. D[redacted] J[redacted]
[redacted]

Re: A[redacted], J[redacted] – Student ID: [redacted]

Dear Ms. [redacted]

Pursuant to District Administrative Rule IFBG-R "Technology Acceptable Use," Cobb County School District revokes J[redacted] A[redacted]'s use of all District technology and network resources effective May 13, 2024.

This revocation will apply for the remainder of J[redacted]'s enrollment with the District and includes the following:

- J[redacted] will not have access to the District network. The District will determine at a later date if J[redacted] will be permitted limited access to Microsoft Applications (OneDrive, etc.) and/or the Cobb Teaching and Learning System (CTLS) through a non-District network or a bring-your-own-device network.
- J[redacted] will not receive a District-issued laptop or other District-issued technology device for school use.
- J[redacted] will be permitted limited use of a District computer for state testing while under direct adult supervision.
- Unless provided written permission at a later date, J[redacted] may not bring a personal technology device on District property for any reason. This includes, but is not limited to, laptops, tablets, cellular devices, external hard drives or other storage media, and wifi hotspots.
- J[redacted] is not permitted to use other students' technology devices on campus.

If you do not abide by these restrictions and any instructions provided going forward, additional limitations will be considered, along with student discipline pursuant to District Administrative Rule JCDA-R. I look forward to a positive and productive remainder of the school year.

Sincerely, *Adam R. Hill*

Adam Hill
Assistant Superintendent

cc: Principal Tia Amlett, Barber Middle School
Principal Matthew Moody, North Cobb High School

**BOARD OF EDUCATION** Randy Scamihorn, *Chair* • David Banks, *Vice Chair*
Becky Sayler • Leroy Tre' Hutchins • David Chastain • Nichelle Davis • Brad Wheeler

**SUPERINTENDENT** Chris Ragsdale