**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| J.A., by and through D.J.,<br><br>Plaintiffs,<br><br>v.<br><br>COBB COUNTY SCHOOL DISTRICT,<br><br>Defendant. | Civil Action No: 1:25-cv-00379-SDG |

**RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY**

Cobb County School District, by and through its undersigned counsel of record, certifies pursuant to Local Rule 5.4 that on July 20, 2026, it served a true and correct copy of the following:

1. Defendant Cobb County School District's Objections and Responses to Plaintiffs' First Interrogatories and Requests for Production of Documents

via electronic mail only addressed to the following:

Michael F. Braun, Esq.
LAW OFFICE OF MICHAEL F. BRAUN, P.C.
5016 Centennial Boulevard
Suite 200
Nashville, TN 37209
mfb@braun-law.com

April Kelly Neal, Esq.
NEAL STUDENT SUPPORT ADVOCACY & DISABILITY, LLC
3780 Northside Drive
Suite 140 - No. 508
Macon, GA 31210
akellyneal@ssadisability.org
akellyneal777@gmail.com

This 20th day of July 2026.

*/s/ Jeffrey R. Daniel*
Jeffrey R. Daniel (GA Bar No. 949075)
*Counsel for Defendant*

PARKER POE ADAMS & BERNSTEIN LLP
1075 Peachtree Street NE
Suite 1500
Atlanta, GA 30309
678.690.5750 (phone)
404.869.6972 (facsimile)
jeffdaniel@parkerpoe.com